UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV 10-0188-JST (VBKx)                                              Date:  February 4, 2011
Title:  DAVID C. WONG, et al. v. UNITED STATES POSTAL SERVICE, et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Nancy Boehme for Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                                                  Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TO SHOW CAUSE FOR FAILURE TO FILE A PROPOSED FINAL PRETRIAL CONFERENCE ORDER**

   On October 20, 2010, the Court issued an Order on Court Trial that ordered the parties to file a Proposed Final Pretrial Conference Order no later than eleven (11) days before the Final Pretrial Conference. (Order on Court Trial, Doc. 27.) To date, the Court has not received a Proposed Final Pretrial Conference Order.

   Accordingly, the Court orders all counsel to show cause why the Court should not dismiss this matter and/or issue sanctions for the failure to file timely the referenced trial document.  No later than February 7, 2011 at 12:00 p.m., counsel shall file the document and a separate written response explaining their disregard of the Court's Order on Court Trial.

                                                                          Initials of Preparer:  nkb