ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
California Bar No. 141489
    Room 7516 Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6880
    Fax No.: (213) 894-7819
    Joanne.Osinoff@usdoj.gov

Attorney for Defendants
United States of America
(wrongly sued as United States Postal Service)

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAVID C. WONG, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO SHUI FONG MA; ET AL.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA; UNITED STATES POSTAL SERVICE, A GOVERNMENTAL ENTITY; ET AL,<br><br>    Defendants. | No. CV 10-0188 JST (VBKx)<br><br>ORDER RE: STIPULATION FOR DISMISSAL |

Based upon the Stipulation of the parties, IT IS HEREBY ORDERED that:

1. The above-captioned action is dismissed in its entirety with prejudice;

2. Each party shall bear his or her own attorneys' fees, costs and expenses; and

/ / /

/ / /

3. The district court shall retain jurisdiction until the settlement proceeds are paid in accordance with the Stipulation for Compromise and Release previously filed by the parties.

DATED: March 2, 2011

_____
HONORABLE JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE

Presented by:
ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

/S/ Joanne S. Osinoff

_____
JOANNE S. OSINOFF
Assistant United States Attorney
Attorneys for Defendant
United States of America

Wong v. USA - Order on Dismissal.wpd

2